No. 04–7118.  AMEH v. ASHCROFT, ATTORNEY GENERAL.
C. A. 4th Cir.  Certiorari denied.

No. 04–7119.  MITCHELL v. LOUISIANA.  Ct. App. La., 2d Cir.
Certiorari denied.

No. 04–7121.  NETTLES v. NEWLAND, WARDEN.  C. A. 9th Cir.
Certiorari denied.

No. 04–7122.  MCBREARTY v. CENTRAL TEXAS COLLEGE
ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 04–7124.  SHOPE v. PUERTO RICO.  C. A. 1st Cir.  Certiorari denied.

No. 04–7127.  PESCI v. GANSHEIMER, WARDEN.  C. A. 6th Cir.
Certiorari denied.

No. 04–7128.  BYNUM v. FULTON-DEKALB HOSPITAL AUTHORITY, DBA GRADY MEMORIAL HOSPITAL.  Super. Ct. Fulton
County, Ga.  Certiorari denied.

No. 04–7130.  MARTINEZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–7133.  WOODBERRY v. KANSAS ET AL.  C. A. 10th Cir.
Certiorari denied.

No. 04–7134.  PURVIS v. TIME & LIFE BUILDING.  C. A. 3d Cir.
Certiorari denied.

No. 04–7136.  WILLIAMS v. CARTER, SUPERINTENDENT, CLALLAM BAY CORRECTIONS CENTER, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–7138.  PHIPPS v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 04–7139.  CEASAR v. UNITED SERVICES AUTOMOBILE
ASSN. ET AL.  C. A. 5th Cir.  Certiorari denied.